UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BUZZFEED, INC., | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) ) | Civil Action No. 19-1410 (TSC) |
| FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) |  |
| Defendants. | ) ) ) |  |

## JOINT STATUS REPORT

The parties, by counsel, respectfully submit this joint status report:

1.      At issue in this Freedom of Information Act ("FOIA") lawsuit are FOIA requests served by Plaintiff on the Food and Drug Administration ("FDA"), the United States Department of Health and Human Services ("HHS"), United States Army Medical Research and Materiel Command ("USAMRMC"), and the United States Department of Defense ("Defense Department") (collectively, "Defendants").

2.      Plaintiff initiated this action on May 15, 2019, ECF No. 1, and Defendants filed their answer on June 27, 2019.  ECF No. 14.  That same day the Court ordered the parties to meet and confer, and submit a joint status report by August 1, 2019.  Min. Order (June 27, 2019).  Over the following two years, the parties regularly have submitted further joint status reports updating the Court on developments in this FOIA action.

3.      In the most recent joint status report, the parties informed the Court that Defendants have completed their search and production and that Plaintiff is satisfied with Defendants' productions.

4.      The parties are continuing their discussions in an attempt amicably to resolve fees

and costs issues.  They propose to file a further joint status report on or before September 24, 2021.


Dated:  July 26, 2021
            Washington, DC

                                                              Respectfully submitted,

*/s/ Matthew Topic*
Matthew Topic, Bar No. IL0037                CHANNING D. PHILLIPS, D.C. Bar # 415793
Merrick Wayne, Bar No. IL0058                Acting United States Attorney
Loevy & Loevy
311 N. Aberdeen Street, Third Floor          BRIAN P. HUDAK
Chicago, IL 60607                            Acting Chief, Civil Division
(312) 243-5900

                                             By:  _____*/s/ Darrell C. Valdez*_____
*Attorneys for Plaintiff*                           DARRELL C. VALDEZ
                                                    Assistant United States Attorney
                                                    (202) 252-2507
                                                    darrell.valdez@usdoj.gov


                                                    _____*/s/ Jessica B. Colsia*_____
                                                    JESSICA B. COLSIA, GA Bar # 543222
                                                    Special Assistant United States Attorney
                                                    (202) 252-2574
                                                    jessica.colsia@usdoj.gov

                                                    United States Attorney's Office
                                                    Civil Division
                                                    555 Fourth Street, NW
                                                    Washington, DC 20530

                                             *Attorneys for the United States of America*